No. 832. STEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John Abt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 824. WILCOXSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Pearce C. Rodey* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 899. ELWARD ET AL. *v.* FRIEDMAN ET AL. C. A. 7th Cir. Certiorari denied. *Edward S. Macie* for petitioners. *Henry F. Tenney* and *Philip B. Kurland* for Friedman et al., respondents.

No. 565, Misc. CLINTON *v.* GREYHOUND CORPORATION. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Thomas J. Hanify* for respondent.

No. 584. GENTLES ET AL. *v.* McCONNELL, INSURANCE COMMISSIONER OF CALIFORNIA, ET AL.; and
No. 585. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL. *v.* McCONNELL, INSURANCE COMMISSIONER OF CALIFORNIA, ET AL., 350 U. S. 984. Rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE REED took no part in the consideration or decision of this application.

No. 38. ARMSTRONG *v.* ARMSTRONG ET AL., 350 U. S. 568; and
No. 547, Misc. MAS ET AL. *v.* OWENS-ILLINOIS GLASS Co., 350 U. S. 1016. Petitions for rehearing denied.